Vivian BLISH, Appellant,

v.

The STATE of Texas, Appellee.

No. 28626.

Court of Criminal Appeals of Texas.

Nov. 28, 1956.

Clarence MURRAY, Jr., Appellant,

v.

The STATE of Texas, Appellee.

No. 28613.

Court of Criminal Appeals of Texas.

Nov. 21, 1956.

No attorney for appellant of record on appeal.

. Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for unlawfully passing as true a forged instrument; the punishment, five years.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for the unlawful possession of paraphernalia adapted for the use of narcotic drugs, in violation of Art. 725b, Sec. 2, Vernon's Ann.P.C.; the punishment, four years' confinement in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.